# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

130374

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GEORGE MEYERS,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130374
COA: 262270
Wayne CC: 74-006029

_____/

      On order of the Court, the application for leave to appeal the December 6, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

s0522

Clerk